CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
PIET & WRIGHT
777 N. Rainbow Blvd., Ste. 390
Las Vegas, Nevada 89107
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM WILSON<br><br>Debtor. | CASE NO.: BK-S 11-25700-LED<br>IN CHAPTER 11 PROCEEDINGS<br><br>Hearing Date:  July 8, 2014<br>Hearing Time: 9:30 a.m. |

## MOTION TO ADMINISTRATIVELY CLOSE BANKRUPTCY

COMES NOW, WILLIAM WILSON, (hereinafter, "**Debtor**"), by and through his attorney of record, Charles T. Wright, Esq., of the law firm of Piet and Wright, hereby files this Motion to Administratively Close Bankruptcy (hereinafter, "**Motion**") pursuant to 11 U.S.C. § 350 and the Federal Rules of Bankruptcy Procedure Rule 3022.1.

DATED this 5th day of June, 2014.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
777 N. Rainbow Blvd., Ste. 390
Las Vegas, Nevada 89107
*Attorney for Debtor*

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Bankruptcy Procedure Rule 3022.1(e) states: "If the debtor proposes to close the case before plan payments have been completed, and intends to reopen the case after plan completion to obtain a discharge, the debtor shall file a motion to close the case and include in that motion the debtor's intent to reopen. Upon the filing of a motion to reopen, the debtor shall be required to pay any fees due for reopening the case..." The relevant section of the Bankruptcy Code, Section 350 (a) states: "After an estate is fully administered and the court has discharged the trustee, the court shall close the case." The Debtor's Plan of Reorganization was confirmed on August 27, 2013. The case has been fully administered and the Court can enter an order closing the case. The Debtor has complied with all U.S. Trustee reporting requirements and fees. There are no pending contested matters or adversary proceedings. The claims have all been paid or will be paid.

Accordingly, Debtor requests this Court grant this Motion to Administratively Close Bankruptcy.

DATED this 5th day of June, 2014.

Respectfully submitted,

PIET & WRIGHT

By: /s/ Charles T. Wright
CHARLES T. WRIGHT, ESQ.
Nevada Bar No. 10285
777 N. Rainbow Blvd., Ste. 390
Las Vegas, Nevada 89107
*Attorney for Debtor*